**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      Plaintiff,                                  **CASE NO. 2:23-CR-74(1)**

v.                                          **JUDGE EDMUND A. SARGUS, JR.**

**YERIKA ALEJO,**

      **Defendant.**

## OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, who recommended that the "defendant's guilty plea to Count 1 of the *Indictment* be accepted." (Report and Recommendation, ECF No. 43.) The time for objections has passed. For the reasons stated in the Report and Recommendation, the Court hereby **ACCEPTS** the defendant's guilty plea and **ADOPTS** the Report and Recommendation in full.

      **IT IS SO ORDERED.**

**10/2/2023**                                                  s/Edmund A. Sargus, Jr.
**DATE**                                                     **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**